LIFE RECEIVABLES TRUST, Plaintiff, v GOSHAWK SYNDICATE 102 AT LLOYD'S, Respondent, and LIFE SETTLEMENT CORPORATION, Doing Business as PEACH TREE LIFE SETTLEMENTS, Appellant.

Submitted June 14, 2010; decided July 1, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 14 NY3d 850 (2010)]. Motion for a stay dismissed as academic.

In the Matter of the Claim of DAVID S. MALONE, Appellant, v VRD DECORATING et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted June 7, 2010; decided July 1, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 825 (2010)].

NEW YORK STATE PSYCHIATRIC ASSOCIATION, INC., et al., Respondents, v NEW YORK STATE DEPARTMENT OF HEALTH, Appellant.

Decided July 1, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine an action or proceeding within the meaning of the Constitution.